JUDGE CROTTY

**08 CV 5481**

**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.:   68000293LCG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAVIGATORS MANAGEMENT COMPANY
as Subrogee of BROTHER INTERNATIONAL,



Case No.:

          Plaintiff,

    -against-

UPS, UPS SUPPLY CHAIN SOLUTIONS
and DP WORLD VANCOUVER,

          Defendants.
-----------------------------------------------------------x

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    None.

Dated: New York, New York
       June 16, 2008

                              Lawrence C. Glynn (LG 6431)